# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. 04-33410 |
| Russell Dean Corum, | (Chapter 13) |
| DEBTOR | |

### AMENDED APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Santander Consumer USA as Assignee of CitiFinancial Auto (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $489.47. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Santander Consumer USA as Assignee of CitiFinancial Auto

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

FILED
JUN 29 2016
U.S. BANKRUPTCY COURT
Knoxville, Tennessee

## CERTIFICATE OF MAILING

I hereby certify that on June 27, 2016 I have mailed a true and correct copy of the foregoing AMENDED APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT and PROPOSED ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
800 Market Street. Suite 211
Knoxville, TN 37902

*/s/ Greg Griffith*

Greg Griffith



## CERTIFICATE OF RESOLUTIONS
## OF AMERICAN PROPERTY LOCATORS, INC.

I hereby certify that at a meeting of the Board of Directors of American Property Locators, Inc., a corporation organized under the laws of the State of Oklahoma, held the 2nd day of March, 2016 at which a quorum was present and acting throughout, the following resolution was duly adopted and is now in full force and effect:

"Resolved that Greg Griffith, Neely Goen, Nancy McMillan and Dale Kennedy are hereby fully authorized and empowered to act as agents and/or contract for and on behalf of American Property Locators, Inc. to obtain recoveries of property/money owed to various parties/entities and to make, execute, and deliver, any and all written instruments necessary or proper to effectuate the authority hereby conferred."

I further certify that the authority thereby conferred is not inconsistent with the Charter or By-Laws of this Corporation, and that the following is a true and correct list of the officers of this Corporation authorized to act.

Signing Officers: Ron B. Leppke, President

ACKNOWLEDGMENT

STATE OF OKLAHOMA)

COUNTY OF OKLAHOMA)

Before me, the undersigned a Notary Public, in and for said County and State on this 2nd day of March, 2016, personally appeared Ron B. Leppke to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
4-27-2019

Notary

# LIMITED POWER OF ATTORNEY

Santander Consumer USA as Assignee of CitiFinancial Auto, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**<u>Only</u> to recover cash or cash equivalents <u>specifically arising from the</u> <u>Russell Dean Corum bankruptcy matter</u> that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 26th day of May, 2016.

**PRINCIPAL:**
Santander Consumer USA as Assignee of CitiFinancial Auto
(Tax ID # <u>36-3149993</u>)

By: _____
Steven R. Mark
Title: <u>Vice President of Treasury</u>

**PRINCIPAL'S ADDRESS:**

Accounting and Finance Department
PO Box 660616
Dallas, TX 75266

## ACKNOWLEDGMENT

STATE OF <u>TEXAS</u>)

COUNTY OF <u>DALLAS</u>)

Before me, the undersigned a Notary Public, in and for said County and State on this 26th day of May, 2016, personally appeared Steven R. Mark to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its <u>Vice President of Treasury</u> and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
11/07/2017

Notary _____

LISA MARIE GORDON
Notary Public, State of Texas
My Commission Expires
November 07, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

In Re:                                     )
                                           )       Case No. 04-33410
Russell Dean Corum                         )
                                           )       Chapter 13
Debtor(s)                                  )

## AFFIDAVIT OF CREDITOR
## REGARDING OWNERSHIP OF ACCOUNT(S)

State of __TEXAS__  )
                    ) ss.
County of _DALLAS_ )

I, Steven R. Mark of Santander Consumer USA as Assignee of CitiFinancial Auto the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Santander Consumer USA, as assignee to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to Santander Consumer USA as Assignee of CitiFinancial Auto as a creditor in the above referenced bankruptcy case.

2. **CitiFinancial Auto** was the owner of its claim(s) in this bankruptcy case. Santander Consumer USA purchased accounts from the **CitiFinancial Auto** loan portfolio. This account has been specifically identified by account number and/or vehicle identification number as an account purchased by Santander Consumer USA. Santander Consumer USA as Assignee of CitiFinancial Auto has reviewed its records and to the best of Santander Consumer USA, as assignee knowledge and belief, the claim(s) amount is currently still due and owing to Santander Consumer USA, as assignee.

3. Santander Consumer USA as Assignee of CitiFinancial Auto is the owner of this claim(s) and is entitled to the recovery of the distribution/unclaimed funds arising from this claim(s) in this bankruptcy case. A true and correct copy of an excerpt of the acquisition of this account(s) is attached.

4. My name, address and telephone number are as follows:

> Steven R. Mark
> Treasury, Vice President
> Santander Consumer USA
> Accounting and Finance Department
> PO Box 660616
> Dallas, TX  75266
> 214-452-5774

5. Santander Consumer USA, as assignee has neither previously received remittance for its claim(s) nor has it contracted with any other party besides the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 5/26/16            _____
                         Santander Consumer USA as Assignee of CitiFinancial Auto
                         Accounting and Finance Department
                         PO Box 660616
                         Dallas, TX  75266


## ACKNOWLEDGMENT

STATE OF  TEXAS )

COUNTY OF  DALLAS )

Before me a Notary Public, in and for said County and State on this 26th day of May, 2016, personally appeared Steven R. Mark to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its Vice President of Treasury, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
11/07/2017                    _____
                              Notary Public

LISA MARIE GORDON
Notary Public, State of Texas
My Commission Expires
November 07, 2017





CONSUMER

Steven R. Mark
Vice President of Treasury

8585 N. Stemmons Freeway, Suite 1100-North
Dallas, TX 75247

PHONE 469-385-5281   CELL 469-571-8987   FAX 214-615-3971
EMAIL srmark@santanderconsumerusa.com

## Certificate of Authority to Act for
## SANTANDER CONSUMER USA

I, the undersigned, __Eldridge Burns__, as __General Counsel__ of SANTANDER CONSUMER USA, do hereby certify that **Steven R. Mark's** authority to act on behalf of SANTANDER CONSUMER USA, includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this __15TH__ day of __January__, 201__4__.

SANTANDER CONSUMER USA

_[signature]_

Corporate seal

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable.

By: _[signature]_

Notary Statement

ACKNOWLEDGMENT

STATE OF __TEXAS__)
COUNTY OF __DALLAS__)

Before me, the undersigned a Notary Public, in and for said County and State on this __15TH__ day of __January__, 201__4__, personally appeared __Eldridge Burns__ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its __General Counsel__ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

9-20-2017

Notary _[signature: Christie Howard]_

_[Notary seal: CHRISTIE HOWARD, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 09-20-2017]_

SANTANDER CONSUMER USA INC.
SECRETARY'S CERTIFICATE

I, Eldridge A. Burns, Jr., Secretary of SANTANDER CONSUMER USA INC, (the "Company"), a private Corporation duly organized and existing under the laws of the State of Illinois, do hereby certify that (i) the individuals listed in Exhibit A hold the title set forth opposite their name, and are duly elected and qualified officers of the Company, and (ii) the signature set forth opposite such name is his true and authentic signature.

_____
Eldridge A. Burns, Jr., Secretary

## Exhibit A

Incumbency

| Name | Title | Specimen Signature |
|---|---|---|
| Tom Dundon | Chief Executive Officer and President | *(signature)* |
| Jason Kulas | Chief Financial Officer | *(signature)* |
| Andrew Kang | Vice President | *(signature)* |
| Steven R. Mark | Vice President | *(signature)* |
| Jennifer M. Popp | Chief Accounting Officer | *(signature)* |
| Mark McCastlain | Senior Vice President, Treasurer and Assistant Secretary | *(signature)* |

ASSET PURCHASE AGREEMENT

dated as of

June 23, 2010

between

Santander Consumer USA Inc.,

and

Citibank, N.A.,

CitiFinancial Auto Credit, Inc.,

CitiFinancial Auto, Ltd.,

CitiFinancial Auto Corporation

and

CitiFinancial Auto Receivables Corporation

(NY) 05491/267/AGTS/asset.sale.agreement.doc

# ASSET PURCHASE AGREEMENT

ASSET PURCHASE AGREEMENT (this "Agreement") dated as of June 23, 2010 between, Citibank, N.A., a national banking association, CitiFinancial Auto Credit, Inc., a Texas corporation ("CFA Credit"), CitiFinancial Auto, Ltd., a Minnesota corporation ("CFA Ltd."), CitiFinancial Auto Corporation, a South Carolina corporation ("CFA Corp."), CitiFinancial Auto Receivables Corporation, a Delaware corporation ("CarCo") (each, a "Seller" and collectively, "Sellers") and Santander Consumer USA Inc. an Illinois corporation ("Buyer").

## WITNESSETH:

WHEREAS, CFA Corp., CFA Credit and CFA Ltd. (the "Companies"), are in the business of originating, purchasing and servicing auto finance loans in the United States and ancillary business lines (the "Business");

WHEREAS, Buyer desires to purchase and Sellers desire to sell (i) the Unencumbered Existing Receivables (as defined below) and (ii) the 2009 Securitization Residual Certificate (as defined below), upon the terms and conditions contained in this Agreement; and

WHEREAS, following the consummation of the sale of the Unencumbered Existing Receivables and the 2009 Securitization Residual Certificate, Buyer shall conduct the servicing of the Legacy Receivables (as defined below) in accordance with the servicing agreement between Buyer and an Affiliate of Sellers substantially in the form attached hereto as Exhibit A (the "Servicing Agreement"), and the 2009 Securitization Receivables as successor servicer in accordance with the 2009 Securitization Servicing Agreement (as defined below).

The parties hereto agree as follows:

## ARTICLE 1
### DEFINITIONS

*Section 1.01. Definitions.* (a) As used herein, the following terms have the following meanings:

"1934 Act" means the Securities Exchange Act of 1934.

(NY) 05491/262/AGTS/asset.sale.agreement.doc

AO 213
(Rev. 06/12)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
Accounting and Financial Systems Division

☐ Ex-AO Employee
☐ SAM Vendor *(Formerly CCR)*
*(No TIN Certification Required)*

Sensitive Information
**VENDOR INFORMATION/TIN CERTIFICATION**

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☐ Order ☐ Remit ☒ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: Santander Consumer USA Inc. | Address: C/O APL, Inc., 3855 South Boulevard, Suite 200 |
| Business Name: *(if different from above)* | City: Edmond |
| Address 1: 8585 N. Stemmons Freeeway, Suite 1100-N | State: OK     Zip Code: 73013 |
| Address 2: | Telephone #: (405) 340-4900 |
| City: Dallas | Description: *(if needed)* |
| State: TX    Zip Code: 75247 | |
| Taxpayer Identification #: 36-3149993 *(TIN, SS, or EIN number)* | |
| DUNS # 94 915 2987 | |

**Financial Information** *(If Requested)*

| Bank Name: | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)* |
|---|---|
| City: | Account #: |
| State:    Zip Code: | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;   ☐ partnership;
☒ corporate entity *(not tax-exempt)*;   ☐ corporate entity *(tax-exempt)*;
☐ health care provider;   ☐ other: _____
☐ government entity *(insert as other federal, state or local)*

Taxpayer Identification Number Certification

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

Page 1 of 2

AO 213
(Rev 06/12)

Definitions:

"Taxpayer Identification (TIN, SS, or EIN number)" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien.
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ The vendor is an agency or instrumentality of a foreign government.

Additional information required for vendors used for procurement
(purchase orders, contracts, etc.)

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

☐ Women Owned Business                    ☐ Not Applicable

☐ Minority Owned Business (if yes, select one of the owner's race/ethnicity selections from below):

    ☐ Asian-Pacific American    ☐ Black American    ☐ Subcontinent Asian (Asian-Indian) American
    ☐ Hispanic American          ☐ Native American    ☐ Other: _____

Date: 11/19/2013                                                    _____
                                                                     Vendor's signature

---

For Agency Use Only
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:  ☐ Addition    ☐ Change    ☐ Vendor Code: _____    *make entry only if changes*
                        ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form |
|---|
| Contact Name: _____ |
| Telephone Number: _____    Email: _____ |

| Identification of person making this request: |
|---|
| Name: _____ |
| Telephone Number: _____    Originating Office: _____ |

Please type or print clearly.   For "AO" FAS4T Users only, e-mail the completed form to: AOJB_OFD_Client_Service_Desk_DCA_AO_USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2342.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

| Form **W-9** (Rev. January 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |

**Name (as shown on your income tax return)**
Santander Consumer USA, Inc.

**Business name/disregarded entity name, if different from above**

**Check appropriate box for federal tax classification (required):**
☐ Individual/sole proprietor   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

**Address (number, street, and apt. or suite no.)**
8585 North Stemmons Freeway, Suite 1100 North

**Requester's name and address (optional)**

**City, state, and ZIP code**
Dallas, TX 75247

**List account number(s) here (optional)**

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number:** ___-__-____

**Employer identification number:** 36-3749993

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ *[signature]*   Date ▶ 2/28/2013

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued).
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 1-2011)

## AFFIDAVIT OF CREDITOR'S
## PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I Steven R. Mark, the undersigned deponent of legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Steven R. Mark am the Treasury, Vice President of Santander Consumer USA. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Santander Consumer USA and its subsidiaries/acquisitions or affiliates. Santander Consumer USA and its subsidiaries/acquisitions or affiliates have numerous branch addresses, business locations, and payment centers. The addresses of the aforementioned entities may change and/or be eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm that the foregoing is true, under the penalties of perjury this 6 day of March, 2015.

_____
Steven R. Mark
Treasury, Vice President
Santander Consumer USA as assignee of Citifinancial Auto Corp
Accounting and Finance Department
PO Box 660616
Dallas, TX 75266

---

### ACKNOWLEDGMENT

STATE OF TEXAS
COUNTY OF DALLAS

Before me, the undersigned a Notary Public, in and for said County and State on this 6 day of March, 2015, personally appeared Steven R. Mark, to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Vice President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

_____
Notary

My Commission Expires: _____

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968  
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15  
(405) 340-4900 ext 15

June 27, 2016

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
800 Market Street, Suite 330, Howard J. Baker US Courthouse
Knoxville, TN 37902
Attn: Shelia Morgan

Re: EASTERN DISTRICT OF TENNESSEE AMENDED APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Morgan:

Enclosed is an _Amended_ Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 04-33410 |
| Debtor: | Russell Dean Corum |
| Creditor/Claimant: | Santander Consumer USA as Assignee of CitiFinancial Auto |
| Amount: | $489.47 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures

RECEIVED
JUN 29 2016
U.S. BANKRUPTCY COURT
Knoxville, Tennessee